

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Marcus Bruce Holidy, Appellant

No. 06-13-00261-CR      v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR13-044). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for a new trial consistent with this opinion.

We further order that the appellee, The State of Texas, pay all costs of this appeal.

RENDERED APRIL 30, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk